# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

CRAIG FLEMING,               )
                             )
    Petitioner,           )
                             )
v.                           ) Case No.: 1:17-cv-01059-AKK-SGC
                             )
FERNANDEZ, Warden,           )
                             )
    Respondent.           )

## MEMORANDUM OPINION

On October 25, 2017, the magistrate judge entered a report recommending this *pro se* petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed for lack of jurisdiction. Doc. 4. The report and recommendation informed the petitioner of his right to object within fourteen (14) calendar days. *Id.* at 3–4. The time to object has expired, and the petitioner has not filed objections or otherwise responded.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds this petition for writ of habeas corpus is due to be dismissed without prejudice for want of jurisdiction.

A separate order will be entered.

**DONE** the 22nd day of November, 2017.

                                              **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE